Filed 3/4/13  P. v. Ramirez CA4/1

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, | D062658 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. No. SCN305788) |
| IVAN RAMIREZ, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Diego County, Kimberlee A. Lagotta, Judge.  Affirmed.

Ivan Ramirez entered a negotiated guilty plea to possessing heroin for sale (Health & Saf. Code, § 11351).  The court imposed a stipulated sentence of the three-year middle prison term in local custody.  Ramirez appeals.  We affirm.

### BACKGROUND

Ramirez unlawfully possessed a usable quantity of heroin for sale.

## DISCUSSION

Appointed appellate counsel has filed a brief summarizing the facts and proceedings below. Counsel presents no argument for reversal, but asks this court to review the record for error as mandated by *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) and *Anders v. California* (1967) 386 U.S. 738 (*Anders*).

We granted Ramirez permission to file a brief on his own behalf. He has not responded. A review of the record pursuant to *Wende* and *Anders* has disclosed no reasonably arguable appellate issues. Ramirez has been competently represented by counsel on this appeal.

## DISPOSITION

The judgment is affirmed.

MCDONALD, J.

WE CONCUR:

BENKE, Acting P. J.

MCINTYRE, J.

2